United States District Court
Southern District of Texas
**ENTERED**
May 18, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL VIDAL, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-14-203 |
| | § | |
| PAUL SANCHEZ, | § | |
|     Respondent. | § | |

# ORDER

On December 8, 2015, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 25]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Raul Vidal's complaint is dismissed without prejudice for want of prosecution for failure to timely pay the filing fee.

Signed this 18th day of May, 2016.

Andrew S. Hanen
United States District Judge